**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001279
25-FEB-2015
11:35 AM**

NO. CAAP-14-0001279

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

EARL ARMSTRONG, Plaintiff-Appellant, v.
DELTA CONSTRUCTION, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-2322-8 RAN)

ORDER APPROVING THE FEBRUARY 20, 2015
STIPULATION TO DISMISS APPEAL FILED NOVEMBER 6, 2014
(By: Leonard, J.)[1]

Upon consideration of the stipulation to dismiss appeal

(**Stipulation**) filed by Earl Armstrong, Plaintiff Appellant,

through his counsel Charles H. Brower, it appears that this

appeal has not been docketed, and that the parties seek to

dismiss the appeal pursuant to Rule 42 of the Hawai'i Rules of

Appellate Procedure (HRAP).

Therefore, IT IS HEREBY ORDERED that the Stipulation is

approved pursuant to HRAP Rule 42(a), and the appeal is

---

[1] Considered by Foley, Presiding Judge, Leonard and Ginoza, JJ.

dismissed.  The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, February 25, 2015.

FOR THE COURT:

Associate Judge